MINNA G. HASKELL v. WILLIAM S. HASKELL.— Motion for leave to appeal

to the Court of Appeals granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.